IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ISRAEL DEWAYNE MILEAGE,<br><br>                  Defendant. | 4:13-CR-3032<br><br><br>ORDER |

This matter is before the Court on the defendant's motion for copies (filing 70). The defendant has requested a copy of the docket sheet for his case. The Court will grant the defendant's request.

IT IS ORDERED:

1. The defendant's motion for copies (filing 70) is granted.

2. The Clerk's Office is directed to mail a copy of this order, together with the attached print-out of the docket sheet in this case, to the defendant, at his address of record (Forrest City).

Dated this 27th day of May, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge

CLOSED,CUSTODY,TRIAL−LINCOLN

# U.S. District Court
## District of Nebraska (4 Lincoln)
## CRIMINAL DOCKET FOR CASE #: 4:13−cr−03032−JMG−CRZ−1
## 4
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Mileage | Date Filed: 04/15/2013 |
| | Date Terminated: 12/20/2013 |

Assigned to: Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

**Defendant (1)**

**Israel Dewayne Mileage**  represented by  **Israel Dewayne Mileage**
*TERMINATED: 12/20/2013*                          25440−047
                                                  FCI−FORREST CITY MEDIUM
                                                  Inmate Mail/Parcels
                                                  P.O. Box 3000
                                                  Forrest City, AR 72336
                                                  PRO SE

                                                  **John C. Vanderslice**
                                                  FEDERAL PUBLIC DEFENDER'S OFFICE − LINCOLN
                                                  100 Centennial Mall North
                                                  112 Federal Building
                                                  Lincoln, NE 68508
                                                  (855) 664−9214
                                                  Fax: (402) 221−7827
                                                  Email: john_vanderslice@fd.org
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE 28 GRAMS OR MORE OF MIXTURE OR SUBSTANCE CONTAINING COCAINE BASE<br>(1s) | Defendant pleaded guilty to count I of the Superseding Indictment and is committed to the custody of the Bureau of Prisons for a term of 70 months; 4 years supervised release with special conditions; $100 Special Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1) POSSESS WITH INTENT TO DISTRIBUTE 28 GRAMS OR MORE OF MIXTURE OR SUBSTANCE CONTAINING COCAINE BASE<br>(1) | Counts II and III of the Superseding Indictment and the original indictment are dismissed on the motion of the United States as to this defendant only. |
| 18:924(c)(1)(A)(i)POSSESS A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME | Counts II and III of the Superseding Indictment and the original indictment are dismissed on the motion of the United States as to this defendant |

| | |
|---|---|
| (2) 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 28 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING COCAINE BASE (2s) | only. Counts II and III of the Superseding Indictment and the original indictment are dismissed on the motion of the United States as to this defendant only. |
| 18:924(c)(1)(A)(i)POSSESS A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (3s) | Counts II and III of the Superseding Indictment and the original indictment are dismissed on the motion of the United States as to this defendant only. |

**Highest Offense Level (Terminated)**
Felony

**Complaints**  **Disposition**
None

---

**Plaintiff**
**USA**          represented by **Nancy A. Svoboda**
U.S. ATTORNEY'S OFFICE − OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102−1506
(402) 661−3700
Fax: (402) 345−5724
Email: Nancy.Svoboda@usdoj.gov
*TERMINATED: 05/22/2014*
*Designation: Retained*

**Sara E. Fullerton**
U.S. ATTORNEY'S OFFICE − LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508−3865
(402) 437−5241
Fax: (402) 437−5390
Email: sara.fullerton@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2013 | 1 | INDICTMENT with foreperson's signature redacted pursuant to the E−Government Act. PART 1 OF 2 as to defendant Israel Dewayne Mileage. (TCL ) (Entered: 04/15/2013) |
| 04/15/2013 | 2 | PART 2 OF 2 − FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL ) (Entered: 04/15/2013) |
| 04/15/2013 | 3 | CRIMINAL COVER SHEET as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 04/15/2013) |

| 04/15/2013 | 4 | *SEALED* ARREST WARRANT ISSUED (COPY) in case as to defendant Israel Dewayne Mileage. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (TCL ) (Entered: 04/15/2013) |
|---|---|---|
| 04/15/2013 | 5 | TEXT ORDER SETTING HEARING as to defendant Israel Dewayne Mileage. **Initial Appearance set for 4/17/2013 at 03:15 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/15/2013) |
| 04/16/2013 | 6 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Sara E. Fullerton as to defendant(s) Israel Dewayne Mileage. (Fullerton, Sara) (Entered: 04/16/2013) |
| 04/17/2013 | 7 | ORDER and WRIT granting 6 Motion for Writ of Habeas Corpus ad prosequendum as to Israel Dewayne Mileage (1). ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USM)(JAB) (Entered: 04/17/2013) |
| 04/17/2013 | 8 | *SEALED* SEALED PRETRIAL SERVICES REPORT as to defendant Israel Dewayne Mileage. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Bare, Mindy) (Entered: 04/17/2013) |
| 04/17/2013 | 9 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 4/17/2013 as to defendant Israel Dewayne Mileage. Initial Appearance on Indictment held. Appointment of counsel requested, Court appoints Federal Public Defender to represent defendant. Arraignment on Indictment held. Not guilty plea entered. Trial set 6/18/2013 before Judge Gerrard. Pretrial motions to be filed by 5/17/2013. Counsel to comply with local rules regarding discovery. Progression order to be issued. Government moves for detention. Detention Hearing set for 4/22/2013 01:00 PM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara Fullerton; For Defendant: John Vanderslice, FPD. No interpreter used during hearing. Time Start: 3:16 PM; Time Stop: 3:23 PM; Time in Court: 7 Minutes. (JAB) (Entered: 04/17/2013) |
| 04/17/2013 | 10 | *SEALED* SEALED CJA 23 Financial Affidavit by Israel Dewayne Mileage. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (JAB) (Entered: 04/17/2013) |
| 04/17/2013 | 11 | ORDER APPOINTING COUNSEL as to defendant Israel Dewayne Mileage. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/17/2013) |
| 04/17/2013 | 12 | TEMPORARY DETENTION ORDER as to defendant Israel Dewayne Mileage. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/17/2013) |
| 04/17/2013 | 13 | **ORDER FOR PROGRESSION OF A CRIMINAL CASE** as to defendant Israel Dewayne Mileage:<br>a) Rule 16 discovery due within 14 days.<br>b) Pretrial Motion Deadline set for **5/17/2013.**<br>c) 3−day Jury Trial set for **6/18/2013 at 09:00 AM in Courtroom 1**, Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/17/2013 | 14 | 🔊 AUDIO FILE. Audio as to Defendant (1) Israel Dewayne Mileage. Court Date &Time [ 04/17/2013 3:16:44 PM ]. File Size [ 1472 KB ]. Run Time [ 00:06:08 ]. (Initial Appearance). (auto−docket). (Entered: 04/17/2013) |
| 04/17/2013 | 15 | NOTICE OF ATTORNEY APPEARANCE by Attorney John C. Vanderslice as to defendant(s) Israel Dewayne Mileage. (Vanderslice, John) (Entered: 04/17/2013) |
| 04/17/2013 | 17 | TEXT ORAL MOTION − for detention by Attorney Sara E. Fullerton as to defendant Israel Dewayne Mileage (JAB) (Entered: 04/22/2013) |
| 04/22/2013 | 16 | ARREST WARRANT RETURNED EXECUTED in case as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL ) (Entered: 04/22/2013) |
| 04/22/2013 | 18 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 4/22/2013 as to defendant Israel Dewayne Mileage. Hearing held regarding Government's oral motion for detention 17 . Defendant's release proposal is granted. Government's motion for detention is denied. Order setting conditions of release forthcoming. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara Fullerton; For Defendant: John Vanderslice, FPD. No interpreter used during hearing. Time Start: 1:16 PM; Time Stop: 1:25 PM; Time in Court: 9 Minutes. (JAB) (Entered: 04/22/2013) |
| 04/22/2013 | 19 | 🔊 AUDIO FILE. Audio as to Defendant (1) Israel Dewayne Mileage. Court Date &Time [ 04/22/2013 1:15:56 PM ]. File Size [ 1984 KB ]. Run Time [ 00:08:16 ]. (Detention hearing). (auto−docket). (Entered: 04/22/2013) |
| 04/22/2013 | 20 | ORDER SETTING CONDITIONS OF RELEASE as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/23/2013) |
| 05/22/2013 | 21 | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE (filed under seal on 05/22/2013 and unsealed on 05/29/2013 per warrant return) − Warrant Issued on 5/22/13 as to defendant Israel Dewayne Mileage. Ordered by Magistrate Judge Cheryl R. Zwart. (Email to USM and USA.)(CCB) Modified on 5/29/2013 to unseal(TCL ). (Entered: 05/22/2013) |
| 05/22/2013 | 22 | *SEALED* ARREST WARRANT ISSUED (COPY) in case as to defendant Israel Dewayne Mileage. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (CCB) (Entered: 05/22/2013) |
| 05/22/2013 | 23 | SUPERSEDING INDICTMENT with foreperson's signature redacted pursuant to the E−Government Act. PART 1 OF 2 as to defendant Israel Dewayne Mileage. (TCL ) (Entered: 05/23/2013) |
| 05/22/2013 | 24 | PART 2 OF 2 − FOREPERSON'S SIGNATURE PAGE regarding Superseding Indictment 23 as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL ) (Entered: 05/23/2013) |
| 05/22/2013 | 25 | CRIMINAL COVER SHEET as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL ) (Entered: 05/23/2013) |

| | | |
|---|---|---|
| 05/28/2013 | 26 | *SEALED* SEALED PRETRIAL SERVICES VIOLATION REPORT as to defendant Israel Dewayne Mileage. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Attachments: # 1 Supplement LPD Reports) (Bare, Mindy) (Entered: 05/28/2013) |
| 05/28/2013 | 27 | ARREST WARRANT RETURNED EXECUTED in case as to defendant Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL ) (Entered: 05/29/2013) |
| 05/29/2013 | 28 | TEXT ORDER SETTING HEARING as to defendant Israel Dewayne Mileage. Initial Appearance set for **5/30/2013 at 02:00 PM in Courtroom 2**, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (DMS) (Entered: 05/29/2013) |
| 05/29/2013 | 29 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Sara E. Fullerton as to defendant(s) Israel Dewayne Mileage. (Fullerton, Sara) (Entered: 05/29/2013) |
| 05/29/2013 | 30 | ORDER granting 29 Motion for Writ of Habeas Corpus ad prosequendum and issuing writ. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT as to Israel Dewayne Mileage (1) Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to Marshal by CRZ)( Zwart, Cheryl) (Entered: 05/29/2013) |
| 05/30/2013 | 31 | TEXT MINUTE ENTRY for initial appearance proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 5/30/13 as to defendant Israel Dewayne Mileage. Initial Appearance on Petition for Action on Conditions of Pretrial Release 21 held. Government moves for detention. Detention Hearing set for 6/06/2013 09:30 AM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Initial Appearance and arraignment held on superseding indictment. Defendant enters a not guilty plea on all counts. On Defendant's oral motion, sentencing in this case will be continued to 7/16/13 at 9:00 a.m. before Judge Gerrard. The time from todays date, 5/30/13, to 7/16/13 shall be deemed excludable under the requirements of the Speedy Trial Act. Defendant remanded to the custody of the U.S. Marshal to be held on temporary order of detention. Appearance for Plaintiff: Sara Fullerton; For Defendant: John Vanderslice, FPD; Pretrial Service Officer: Mindy Bare; Courtroom Deputy: Colleen Beran; Reporter: Digital Recorder. Time Start: 2:03 p.m.; Time Stop: 2:15 p.m.; Time in Court: 12 Minutes. (CCB) (Entered: 05/30/2013) |
| 05/30/2013 | 32 | TEXT ORAL MOTION to Continue trial by Attorney John C. Vanderslice as to defendant Israel Dewayne Mileage. (CCB) (Entered: 05/30/2013) |
| 05/30/2013 | 33 | ORDER granting 32 Defendant's oral motion to continue trial as to Israel Dewayne Mileage. Jury Trial continued to 7/16/2013 at 9:00 AM in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard.The time between today's date and the anticipated trial is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (CCB) (Entered: 05/30/2013) |
| 05/30/2013 | 34 | ORDER of Temporary Detention as to defendant Israel Dewayne Mileage. Ordered by Magistrate Judge Cheryl R. Zwart. (CCB) (Entered: 05/30/2013) |
| 05/30/2013 | 35 | TEXT ORAL MOTION − for detention by Attorney Sara E. Fullerton as to defendant Israel Dewayne Mileage. (JAB) (Entered: 05/31/2013) |

| | | |
|---|---|---|
| 05/31/2013 | 36 | AMENDED PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE as to defendant Israel Dewayne Mileage. Defendant ordered to appear on 6/6/13 before Magistrate Judge Zwart to answer allegations of violation of the order setting conditions of release. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (CCB) (Entered: 05/31/2013) |
| 06/06/2013 | 37 | *SEALED* SEALED PRETRIAL SERVICES VIOLATION REPORT SECOND SUPPLEMENT as to defendant Israel Dewayne Mileage. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Bare, Mindy) (Entered: 06/06/2013) |
| 06/06/2013 | 38 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 6/6/2013 as to defendant Israel Dewayne Mileage. Initial Appearance on Amended Petition for Action on Conditions of Pretrial Release 36 held. Defendant admits missing drug tests on May 12 and May 19, 2013 but denies allegation regarding domestic assault. Continuation of detention hearing held. Proffer by Defendant. Argument by both parties. Court grants government's motion for detention. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the Court. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara Fullerton; For Defendant: John Vanderslice, FPD. No interpreter used during hearing. Time Start: 9:34 AM; Time Stop: 9:44 AM; Time in Court: 10 Minutes. (JAB) (Entered: 06/06/2013) |
| 06/06/2013 | 39 | AUDIO FILE. Audio as to Defendant (1) Israel Dewayne Mileage. Court Date &Time [ 06/06/2013 9:34:02 AM ]. File Size [ 2277 KB ]. Run Time [ 00:09:29 ]. (and Detention hearing). (auto−docket). (Entered: 06/06/2013) |
| 06/07/2013 | 40 | ORDER of Detention pending trial as to defendant Israel Dewayne Mileage. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 06/07/2013) |
| 06/28/2013 | 41 | NOTICE *of Intent to Introduce Rule 404(b) Evidence* by Attorney Sara E. Fullerton as to defendant(s) Israel Dewayne Mileage. (Fullerton, Sara) (Entered: 06/28/2013) |
| 07/01/2013 | 42 | MOTION to Continue *Sentencing Hearing* by Attorney Sara E. Fullerton as to defendant(s) Israel Dewayne Mileage. (Fullerton, Sara) (Entered: 07/01/2013) |
| 07/03/2013 | 43 | MEMORANDUM AND ORDER granting 42 Motion to Continue Trial as to Israel Dewayne Mileage (1). **Jury Trial continued to 9/17/2013 at 09:00 AM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. The time between today's date and the anticipated trial is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/03/2013) |
| 08/15/2013 | 44 | ORDER SETTING CHANGE OF PLEA HEARING. Change of Plea Hearing set for **9/10/2013 02:30 PM in Courtroom 2**, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart as to defendant Israel Dewayne Mileage. The time between todays date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (DMS) (Entered: 08/15/2013) |
| 09/04/2013 | 45 | TEXT ORDER SETTING HEARING as to defendant Israel Dewayne Mileage. On the Court's own motion, the **Change of Plea Hearing is continued to 9/24/2013 at 02:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/04/2013) |
| 09/24/2013 | 46 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 9/24/2013 as to defendant Israel Dewayne Mileage. Defendant's oral consent to proceed before Magistrate Judge accepted. Defendant |

| | | |
|---|---|---|
| | | rearraigned on Indictment. Change of Plea Hearing held. Defendant withdraws plea of not guilty and enters a Guilty plea to Count I of the Superseding Indictment and the forfeiture allegations. Government will move to dismiss counts II and III at sentencing. Court finds that the plea is knowing, intelligent and voluntary and that there is a factual basis for it. Recommended that the Rule 11(c)(1)(C) plea agreement be considered at sentencing. Sentencing is scheduled for 12/20/2013 at 9:00 a.m. before Judge Gerrard. Defendant remanded to the custody of the U.S. Marshal. Written Findings and Recommendation will be issued. Courtroom Deputy: Jeri Bierbower; Reporter: Digital Recorder; Appearance for Plaintiff: Sara Fullerton; For Defendant: John Vanderslice, FPD. No interpreter used during hearing. Time Start: 2:34 PM; Time Stop: 3:00 PM; Time in Court: 26 Minutes. (JAB) (Entered: 09/24/2013) |
| 09/24/2013 | 47 | AUDIO FILE. Audio as to Defendant (1) Israel Dewayne Mileage. Court Date &Time [ 09/24/2013 2:34:25 PM ]. File Size [ 5936 KB ]. Run Time [ 00:24:44 ]. (Change of Plea hearing). (auto−docket). (Entered: 09/24/2013) |
| 09/24/2013 | 48 | PETITION to enter plea of guilty as to defendant Israel Dewayne Mileage. (JAB) (Entered: 09/24/2013) |
| 09/24/2013 | 49 | PLEA AGREEMENT as to defendant Israel Dewayne Mileage. (JAB) (Entered: 09/24/2013) |
| 09/24/2013 | 50 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY to the Honorable John M. Gerrard, United States District Judge, that after de novo review, the court accept the guilty plea and find the defendant guilty of the crime to which the defendant tendered a guilty plea; and that the court not accept the plea agreement at this time, but consider the Rule 11(c)(1)(C) agreement at sentencing as to defendant Israel Dewayne Mileage. If any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/24/2013) |
| 09/24/2013 | 51 | ORDER ON SENTENCING SCHEDULE as to defendant Israel Dewayne Mileage. **Sentencing set for 12/20/2013 09:00 AM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/24/2013) |
| 09/25/2013 | 52 | LETTER BY CLERK that a CD was sent to Allan Kuhlman for transcription for a Change of Plea hearing held 09/24/2013. Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant(s) Israel Dewayne Mileage. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (SCR, ) (Entered: 09/25/2013) |
| 10/10/2013 | 53 | MOTION for Preliminary Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Israel Dewayne Mileage. (Svoboda, Nancy) (Entered: 10/10/2013) |
| 10/14/2013 | 54 | TRANSCRIPT (UNREDACTED) of guilty plea proceedings before Magistrate Judge Cheryl R. Zwart held on September 25, 2013 as to defendant(s) Israel Dewayne Mileage. Total Number of Billable Pages: 25. Total Number of Pages: 25. The transcript may be viewed at the courts public terminal or purchased through Transcriber Allan G. Kuhlman at (402) 289−1953 or agkuhlman@yahoo.com before the expiration of the Release of Transcript Restriction deadline. The parties have 5 business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Click here to view the Transcript Redaction Procedure. Redaction Request due 11/4/2013. Redacted Transcript Deadline set for 11/14/2013. Release of Transcript Restriction set for 1/12/2014. (Kuhlman, Allan) Modified on 1/13/2014 to remove restriction text(TCL ). (Entered: 10/14/2013) |

| | | |
|---|---|---|
| 10/29/2013 | 55 | MEMORANDUM AND ORDER − THEREFORE, IT IS ORDERED: The Magistrate Judge's findings and recommendation on a guilty plea (filing 50 ) are adopted. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence. This case shall proceed to sentencing as to Israel Dewayne Mileage. Ordered by Judge John M. Gerrard. ( TCL ) (Entered: 10/29/2013) |
| 10/29/2013 | 56 | PRELIMINARY ORDER OF FORFEITURE − The plaintiff's Motion for Issuance of Preliminary Order of Forfeiture (filing 53 ) is granted. Based upon the defendant's guilty plea and admission of the forfeiture allegation of the indictment, the plaintiff is authorized to seize the $209 in United States currency. The defendant's interest in the property is forfeited to the plaintiff for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n)(1). The property is to be held by the plaintiff in its secure custody and control. Upon adjudication of all third−party interests, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed as to Israel Dewayne Mileage. Ordered by Judge John M. Gerrard. (1 Certified copy to USM)( TCL ) (Entered: 10/29/2013) |
| 11/25/2013 | 57 | STATEMENT REGARDING PRESENTENCE REPORT by Attorney Sara E. Fullerton as to defendant(s) Israel Dewayne Mileage. (Fullerton, Sara) (Entered: 11/25/2013) |
| 12/02/2013 | 58 | ADOPTION of Presentence Investigation Report by Attorney John C. Vanderslice as to defendant(s) Israel Dewayne Mileage. (Vanderslice, John) (Entered: 12/02/2013) |
| 12/04/2013 | 59 | TENTATIVE FINDINGS OF FACT regarding Presentence Investigation Report as to defendant Israel Dewayne Mileage. Ordered by Judge John M. Gerrard. (TCL ) (Entered: 12/04/2013) |
| 12/20/2013 | 60 | TEXT MINUTE ENTRY for sentencing proceedings held before Judge John M. Gerrard in Lincoln on 12/20/13 as to defendant Israel Dewayne Mileage. The Court accepts the Rule 11(c)(1)(C) plea agreement and adopts the presentence report. On a plea of guilty to Count I of the Superseding Indictment, it is ordered that the defendant is sentenced to the custody of the Bureau of Prisons for a term of 70 months followed by 4 years supervised release with special conditions and pay special assessment in the amount of $100.00. Order of forfeiture will be forthcoming upon Government's motion. The original indicment and the remaining counts of the superseding indictment are dismissed upon Government's motion. Defendant remanded to the custody of USM. Appearance for Plaintiff: Sara Fullerton; Defendant: John Vanderslice, FPD; Probation Officer: Craig Ford; Courtroom Deputy: Colleen Beran; Court Reporter: digital. Time Start: 9:00 a.m.; Time Stop: 9:13 a.m.; Time in Court: 13 Minutes. (CCB) (Entered: 12/20/2013) |
| 12/20/2013 | 61 | AUDIO FILE. Audio as to Defendant (1) Israel Dewayne Mileage. Court Date &Time [ 12/20/2013 8:39:37 AM ]. File Size [ 2990 KB ]. Run Time [ 00:12:28 ]. (Sentencing). (auto−docket). (Entered: 12/20/2013) |
| 12/20/2013 | 62 | *SEALED* PRESENTENCE INVESTIGATION REPORT as to defendant(s) Israel Dewayne Mileage THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Pursley, Ronald) (Entered: 12/20/2013) |
| 12/20/2013 | 63 | *SEALED* SENTENCING RECOMMENDATIONS as to defendant(s) Israel Dewayne Mileage THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Pursley, Ronald) (Entered: 12/20/2013) |
| 12/20/2013 | 64 | JUDGMENT as to Israel Dewayne Mileage. The defendant pleaded guilty to count I of the Superseding Indictment and is committed to the custody of the Bureau of |

| | | |
|---|---|---|
| | | Prisons for a term of 70 months; 4 years supervised release with special conditions; $100 Special Assessment. Counts II and III of the Superseding Indictment and the original indictment are dismissed on the motion of the United States as to this defendant only. Final order of forfeiture forthcoming upon the filing of Government's motion. The defendant shall forfeit the defendant's interest in the following property to the United States: $209.00 in United States Currency. Ordered by Judge John M. Gerrard. (4 Certified copies to USM)(TCL ) (Entered: 12/20/2013) |
| 12/20/2013 | 65 | *SEALED* STATEMENT OF REASONS for sentence regarding Judgment 64 . THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT as to defendant Israel Dewayne Mileage. Ordered by Judge John M. Gerrard. (Copy to defendants counsel)(TCL ) (Entered: 12/20/2013) |
| 01/14/2014 | 66 | RETURN of service of Preliminary Order of Forfeiture on 1/13/2014 upon Lincoln Police Department as to defendant Israel Dewayne Mileage. (TCL ) (Entered: 01/14/2014) |
| 02/03/2014 | 67 | NOTICE *of Declaration of Publication* by Attorney Nancy A. Svoboda as to defendant(s) Israel Dewayne Mileage. (Attachments: # 1 Notice, # 2 Advertisement Certification Report)(Svoboda, Nancy) (Entered: 02/03/2014) |
| 02/03/2014 | 68 | MOTION for Final Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Israel Dewayne Mileage. (Svoboda, Nancy) (Entered: 02/03/2014) |
| 02/07/2014 | 69 | FINAL ORDER OF FORFEITURE − IT IS ORDERED: The plaintiff's Motion for Final Order of Forfeiture (filing 68 ) is granted. All right, title, and interest in and to the $209.00 in United States currency, held by any person or entity, are hereby forever barred and foreclosed: The $209.00 in United States currency is forfeited to the plaintiff. The plaintiff is directed to dispose of the properties described above in accordance with law as to Israel Dewayne Mileage. Ordered by Judge John M. Gerrard. (1 Certified copy to USM)( TCL ) (Entered: 02/07/2014) |
| 05/20/2014 | 70 | MOTION for Copies filed by defendant Israel Dewayne Mileage. (AOA) (Entered: 05/22/2014) |