IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:13CR3032 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ISRAEL DEWAYNE MILEAGE, | |
| Defendant. | |

IT IS ORDERED that:

1. The government's unopposed Motion to Continue revocation hearing (filing no. 108) is granted.

2. To coincide with Defendant's sentencing in 4:18CR3026, the revocation hearing on the pending Petition for Offender under Supervision (Filing No. 88) is continued to November 16, 2018, at 11:00 am, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

August 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge